1
2
3
4
5
6
7          UNITED STATES DISTRICT COURT
8         CENTRAL DISTRICT OF CALIFORNIA
9              WESTERN DIVISION
10

| | | |
|---|---|---|
| ABABY YOUSSEF, | ) | No. CV 10-00224-CJC (VBK) |
| Plaintiff, | ) ) ) | ORDER APPROVING MAGISTRATE JUDGE'S REPORT AND |
| v. | ) ) | RECOMMENDATION |
| MICHAEL J. ASTRUE, Commissioner of Social Security, | ) ) ) ) | |
| Defendant. | ) ) | |

The Court has reviewed the Complaint and other papers herein pursuant to 28 U.S.C. §636, including the Magistrate Judge's Report and Recommendation. The Court concurs with and adopts the findings, conclusions, and recommendations of the Magistrate Judge.

**IT IS ORDERED** that: (1) the Commissioner of Social Security's Motion for Summary Judgment is granted; and this action is dismissed with prejudice.

//
//
//

1     **IT IS FURTHER ORDERED** that the Clerk serve copies of this
2  Order and the Judgment herein by United States mail on counsel for
3  the parties of record.
4
5  DATED: February 3, 2011
                                   _____
6                                  CORMAC J. CARNEY
                                   UNITED STATES DISTRICT JUDGE