JS - 6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# WESTERN DIVISION

| | | |
|---|---|---|
| AGABY YOUSSEF, | ) | No. CV 10-00224-CJC (VBK) |
| Plaintiff, | ) | JUDGMENT |
| v. | ) | |
| MICHAEL J. ASTRUE, Commissioner of Social Security, | ) | |
| Defendant. | ) | |

Pursuant to the Order Approving Magistrate Judge's Report and Recommendation,

**IT IS ADJUDGED** that: (1) the Commissioner of Social Security's Motion for Summary Judgment is granted; and (2) this action is dismissed with prejudice.

DATED: February 3, 2011

_____
CORMAC J. CARNEY
UNITED STATES DISTRICT JUDGE